_____

No. 96-1878

_____

Randall S. Whitmore,                    *
                                        *
          Appellant,                    *
                                        *
    v.                                  *   Appeal from the United States
                                        *   District Court for the
James Martin Davis; Dolan,              *   District of Nebraska.
Davis and Gleason, a Law Firm;          *
Thomas A. Gleason; Daniel G.            *        [UNPUBLISHED]
Dolan,                                  *
                                        *
          Appellees.                    *


_____

               Submitted:  October 1, 1996

                  Filed:  October 7, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.


     Randall S. Whitmore appeals from the District Court's[1] judgment
dismissing his legal malpractice action as time-barred.  Having reviewed
the record and the parties' briefs, we conclude the judgment of the
District Court was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Warren K. Urbom, United States District Judge
for the District of Nebraska.